# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DEBORAH ANN WILSEIONNAS,
    Plaintiff,

-vs-                                          Case No. 6:08-cv-59-Orl-18KRS

CHERI RICHARDS,
MORAIMA MEDINA,
MIRTA TORRES,
STEPHANIE FEIL,
EVELYN GONZALEZ,
LAURA DAVIS,
    Defendants.

## REPORT AND RECOMMENDATION

### TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| MOTION: | APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS (Doc. No. 2) |
| FILED: | January 14, 2008 |

On January 14, 2008, a *pro se* complaint was filed on behalf of Deborah Ann Wilseionnas ("Wilseionnas") but signed by Cobbrettie C. Wilseionnas III ("Cobbrettie"). Doc. No. 1. The complaint seeks $10 trillion in damages related to the removal of a child from Wilseionnas's home by the Florida Department of Children and Families ("DCF"). Wilseionnas and Cobrettie previously filed other complaints in this Court that appear to be related to the facts underlying the